IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNIE ALDERSON *et al.*, | No. C 13-4663 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |
| v. | |
| UNITED STATES OF AMERICA and DOES 1-250, | |
| Defendant. / | |

On November 18, 2013, defendant United States of America filed a motion to dismiss this case for lack of subject matter jurisdiction. Plaintiffs' opposition was due December 2, 2013. Plaintiffs did not file an opposition, nor have plaintiffs taken any action in this case since it was removed to this Court.

**Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE in writing no later than January 21, 2014 why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). The January 17, 2014 hearing on defendant's motion to dismiss is VACATED.

**IT IS SO ORDERED.**

Dated: January 13, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE