**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANNIE ALDERSON *et al.*,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA and DOES 1-250,

        Defendant.

                            /

No. C 13-4663 SI

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

In an order filed January 13, 2014, the Court ordered plaintiffs to show cause in writing no later than January 21, 2014 why this case should not be dismissed without prejudice for failure to prosecute. Plaintiffs have not responded to the Court's order nor have plaintiffs taken any action in this case since it was removed to this Court.

Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b). All pending motions are DENIED AS MOOT.

     **IT IS SO ORDERED.**

Dated: Febuary 25, 2014

                                _____
                                SUSAN ILLSTON
                                UNITED STATES DISTRICT JUDGE