IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEANNIE ALDERSON *et al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA and DOES 1-250,

    Defendant.

No. C 13-4663 SI

**JUDGMENT**

This case has dismissed without prejudice for failure to prosecute. Judgment is hereby entered against plaintiffs and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 25, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE