✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | **District of** | CALIFORNIA |
|---|---|---|

JEANNIE ALDERSON, et al

Plaintiff (s),

V.

REDWOOD COAST MEDICAL SERVICES, et al

Defendant (s),

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

**CASE NUMBER:** CV134663 SI

Notice is hereby given that, subject to approval by the court, JEANNIE ALDERSON substitutes
(Party (s) Name)

CRAIG A. KRONER, ESQ. , State Bar No. 124565 as counsel of record in
(Name of New Attorney)

place of BRUCE FAGEL, ESQ. .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF CRAIG A. KRONER

Address: 1141 RINGWOOD COURT # 10, SAN JOSE, CA. 95131-1757

Telephone: (408) 433-9893       Facsimile (408) 433-9301

E-Mail (Optional): locak@sbcglobal.net

I consent to the above substitution.

Date: 10/9/2014

JEANNIE ALDERSON
Digitally signed by JEANNIE ALDERSON
DN: cn=JEANNIE ALDERSON, o, ou, email=locak@sbcglobal.net, c=US
Date: 2014.10.09 09:44:21 -07'00'
(Signature of Party (s))

I consent to being substituted.

Date: 10/9/2014

BRUCE FAGEL, ESQ.
Digitally signed by BRUCE FAGEL, ESQ.
DN: cn=BRUCE FAGEL, ESQ., o, ou, email=locak@sbcglobal.net, c=US
Date: 2014.10.09 09:45:49 -07'00'
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/9/2014

Craig A. Kroner, Esq.
Digitally signed by Craig A. Kroner, Esq.
DN: cn=Craig A. Kroner, Esq.
Date: 2014.10.09 09:46:40 -07'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/9/2014

Susan Illston

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**