AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN  District of  CALIFORNIA

JEANNIE ALDERSON, et al
        Plaintiff (s),

V.

REDWOOD COAST MEDICAL SERVICES, et al
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV134663 SI

Notice is hereby given that, subject to approval by the court, __WILLIAM R. BROWN__ substitutes
(Party (s) Name)

__CRAIG A. KRONER, ESQ.__ , State Bar No. __124565__ as counsel of record in
(Name of New Attorney)

place of __BRUCE FAGEL, ESQ.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF CRAIG A. KRONER
Address: 1141 RINGWOOD COURT # 10, SAN JOSE, CA. 95131-1757
Telephone: (408) 433-9893   Facsimile (408) 433-9301
E-Mail (Optional): locak@sbcglobal.net

I consent to the above substitution.
Date: 10/9/2014     WILLIAM R. BROWN   *Digitally signed by WILLIAM R. BROWN, DN: cn=WILLIAM R. BROWN, o, ou, email=locak@sbcglobal.net, c=US, Date: 2014.10.09 10:09:24 -07'00'*
(Signature of Party (s))

I consent to being substituted.
Date: 10/9/2014     BRUCE FAGEL, ESQ.   *Digitally signed by BRUCE FAGEL, ESQ., DN: cn=BRUCE FAGEL, ESQ., o, ou, email=locak@sbcglobal.net, c=US, Date: 2014.10.09 10:10:06 -07'00'*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/9/2014     Craig A. Kroner, Esq.   *Digitally signed by Craig A. Kroner, Esq., DN: cn=Craig A. Kroner, Esq., Date: 2014.10.09 10:11:03 -07'00'*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/9/2014     *[Signed] Susan Illston*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]